IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-02650-RMR-STV | Date: February 12, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| PATRICK HOGARTY, | |
|    Plaintiffs, | |
| v. | |
| CHERRY CREEK SCHOOL DISTRICT, et al., | Mary Barham Gray |
|    Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:** 10:51 a.m.
Court calls case. Appearance of counsel for Defendant. Plaintiff's counsel has failed to appear.

This matter is before the Court on Defendants' Motion to Stay [ECF Doc. No 23, filed on 1/16/2025].

Plaintiff has waived any further argument.

For the reasons stated on the record, it is:

**ORDERED:**    Defendants' Motion to Stay [ECF Doc. No 23] is **GRANTED**.

                The parties shall contact chambers within **five (5)** days of a ruling on the Motion to Dismiss if it's denied.

                **If Plaintiff fails to appear in future hearings it may result in a recommendation of the dismissal in this matter for failure to prosecute.**

HEARING CONCLUDED.

**Court in recess:**   10:56 a.m.
Total time in court:   00:05

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.